| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR OR PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br>GREENBERG TRAURIG, LLP<br>VINCENT H. CHIEFFO (SBN 49069)<br>ChieffoV@gtlaw.com<br>NINA D. BOYAJIAN (SBN 246415)<br>BoyajianN@gtlaw.com<br>2450 Colorado Avenue, Suite 400E<br>Santa Monica, CA 90404-5524<br>Tel: 310-586-7700; Fax: 310-586-7800<br>ATTORNEYS FOR: Plaintiffs John G. Branca, Special Administrator of the Estate of Michael J. Jackson; John McClain, Special Administrator of the Estate of Michael J. Jackson; Triumph International, Inc. | FILED<br><br>2009 SEP 29 PM 3: 19<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br><br>BY_____ |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN G. BRANCA, Special Administrator of the Estate of Michael J. Jackson; JOHN MCCLAIN, Special Administrator of the Estate of Michael J. Jackson; TRIUMPH INTERNATIONAL, INC., a California corporation,<br><br>Plaintiff(s)<br><br>v.<br><br>HEAL THE WORLD FOUNDATION, a California corporation; UNITED FLEET, a California corporation; and DOES 1-10, inclusive,<br><br>Defendant(s). | CASE NUMBER<br><br>CV09 07084 MMM PLAx<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for John G. Branca, Special Administrator of the Estate of Michael J. Jackson; John McClain, Special Administrator of the Estate of Michael J. Jackson; Triumph International, Inc.

(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| John G. Branca | Plaintiff, Special Administrator of the Estate of Michael J. Jackson |
| John McClain | Plaintiff, Special Administrator of the Estate of Michael J. Jackson |
| Triumph International, Inc. | Plaintiff |
| Heal The World Foundation | Defendant |
| United Fleet | Defendant |

Date September 29, 2009

Sign _____
Vincent H. Chieffo
Attorneys for Plaintiffs John G. Branca, Special Administrator of the Estate of Michael J. Jackson; John McClain, Special Administrator of the Estate of Michael J. Jackson; Triumph International, Inc.