AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___- Central District of California___ on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO.<br>CV09 07084-MMM PLAx | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|

| PLAINTIFF | DEFENDANT |
|---|---|
| John G. Branca, Special Administrator of the Estate of Michael J. Jackson; John McClain, Special Administrator of the Estate of Michael J. Jackson; Triumph International, Inc., a California corporation | HEAL THE WORLD FOUNDATION, a California corporation; UNITED FLEET, a California corporation; and DOES 1-10, inclusive |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 1,908,209 | August 1, 2995 | Triumph International, Inc. |
| 2 | 3,511,658 | October 7, 2008 | Heal the World Foundation |
| 3 | 3,515,854 | October 14, 2008 | Heal the World Foundation |
| 4 | 3,564,618 | January 20, 2009 | Heal the World Foundation |
| 5 | 3,508,540 | September 20, 2008 | Heal the World Foundation |
| 6 | 3,508,542 | September 30, 2008 | Heal the World Foundation |
| 7 | 3,567,671 | January 27, 2009 | Heal the World Foundation |

FILED 2009 SEP 29 PM 3:19 CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIF. LOS ANGELES BY

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

American LegalNet, Inc.
www.USCourtForms.com