GREENBERG TRAURIG, LLP
VINCENT H. CHIEFFO (SBN 49069)
E-Mail: *ChieffoV@gtlaw.com*
NINA D. BOYAJIAN (SBN 246415)
E-Mail: *Boyajiann@gtlaw.com*
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404-5524
Telephone: 310-586-7700
Facsimile: 310-586-7800

Attorneys for Plaintiffs John G. Branca and
John McClain, Special Administrators of the Estate of
Michael J. Jackson; Triumph International, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JOHN G. BRANCA, Special Administrator of the Estate of Michael J. Jackson; JOHN MCCLAIN, Special Administrator of the Estate of Michael J. Jackson; TRIUMPH INTERNATIONAL, INC., a California corporation,<br><br>    Plaintiffs,<br><br>    vs.<br><br>HEAL THE WORLD FOUNDATION, a California corporation; UNITED FLEET, a California corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO. CV-09-07084 MMM (PLAx)<br><br>PROOF OF SERVICE RE SUMMONS, COMPLAINT, AND OTHER NEW CIVIL ACTION DOCUMENTS RE UNITED FLEET<br><br><br><br><br><br>Complaint Filed: September 29, 2009 |

128,449,128 v1

| Attorney or Party without Attorney: <br> VINCENT H. CHIEFFO, Bar #49069 <br> GREENBERG TRAURIG, LLP <br> 2450 COLORADO AVENUE <br> SUITE 400E <br> SANTA MONICA, CA 90404 <br> Telephone No: 310-586-7700  FAX No: 310-586-7800 <br><br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Central District Of California - Western Division

Plaintiff: JOHN G. BRANCA, ETC.
Defendant: HEAL THE WORLD FOUNDATION, ETC., ET AL.

| PROOF OF SERVICE <br> SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV0907084 MMM PLAX |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; CLERK'S OFFICE SERVICES FOR ATTORNEYS AND THE GENERAL PUBLIC; UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA CIVILITY AND PROFESSIONALISM GUIDELINES; NOTICE TO COUNSEL; NOTICE TO PARTIES OF ADR PILOT PROGRAM; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; CIVIL COVER SHEET.

3. a. Party served: UNITED FLEET, A CALIFORNIA CORPORATION
   b. Person served: MELISSA JOHNSON, AGENT AUTHORIZED TO ACCEPT SERVICE. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served: 41605 GOODRICH STREET
   INDIO, CA 92201

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Sep. 30, 2009 (2) at: 1:25PM

7. Person Who Served Papers:
   a. Alejandro Valenzuela
   
   3600 Lime Street, Suite 626
   Riverside, CA 92501
   Telephone    (951) 779-1110
   Fax          (951) 779-0100
   www.firstlegalnetwork.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 1679
      (iii) County: Orange

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Wed, Sep. 30, 2009

*(signed) Alejandro Valenzuela*

Judicial Council Form                PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT
                                                                    4464173.vinch.241526