1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN G. BRANCA, et al., | Case No. CV 09-07084 DMG (PLAx) |
| Plaintiffs, | **ORDER RE PRELIMINARY INJUNCTION** |
| v. | |
| HEAL THE WORLD FOUNDATION, et al., | |
| Defendants. | |
| HEAL THE WORLD FOUNDATION, et al., | |
| Counter-claimants, | |
| v. | |
| JOHN G. BRANCA, et al., | |
| Counter-defendants.[1] | |

---

[1] Counter-claimants currently have no operative counterclaim against Counter-defendants. *See* Order, filed April 5, 2010. [Doc. #60.]

-1-

The Court held a hearing today re Plaintiffs' Motion for Preliminary Injunction. The parties appeared with their counsel of record. In light of the Court's Order re Plaintiffs' Motion for Preliminary Injunction, issued concurrently herewith, it is ORDERED:

1. Defendants and their officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through or under them (the "Enjoined Parties"), are enjoined and restrained from:

    a. using the MJJ Trademarks in connection with any goods or services, or any container for goods, alone or in combination with any word or words which so resemble the MJJ Trademarks as to be likely to cause confusion, deception, or mistake on or in connection with the advertising, offering for sale, or sale of any product not authorized by Plaintiffs and using the MJJ Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a product sponsored by or affiliated with Plaintiffs by using the MJJ Trademarks;

    c. committing any acts calculated to cause purchasers to believe that Defendants' products are those sold under the control and supervision of Plaintiffs, or sponsored, approved by, or connected with Plaintiffs;

    d. otherwise competing unfairly by using the MJJ Trademarks in any manner;

    e. shipping, delivering, distributing, returning or otherwise disposing of, in any manner, products or inventory bearing the MJJ Trademarks;

    f. using Jackson's name, image or likenesses without express written authorization from Plaintiffs in any manner, or on products, merchandise, or goods; and

    g. using and trafficking in the domain names mjaid.com and mjquotes.com; and

2. Notwithstanding the foregoing, Defendants are not enjoined from using the mark HEAL THE WORLD.

IT IS SO ORDERED.

DATED: April 23, 2010

  
_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE