Steven C. Smith, State Bar No. 116246
SMITH CAMPBELL CLIFFORD KEARNEY GORE
1800 North Broadway, Suite 200
Santa Ana, California 92706
Telephone: (714) 550-7720
Facsimile: (714) 550-1251
Email:    ssmith@scckg.com

Attorneys for Defendants
HEAL THE WORLD FOUNDATION and
UNITED FLEET

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JOHN G. BRANCA, Special Administrator of the Estate of Michael J. Jackson; JOHN MCCLAIN, Special Administrator of the Estate of Michael J. Jackson; TRIUMPH INTERNATIONAL, INC., a California corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>HEAL THE WORLD FOUNDATION, a California corporation; UNITED FLEET, a California corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO: CV-09-07084 DMG [PLAx]<br><br>Honorable Dolly M. Gee<br>Courtroom 7<br><br>**NOTICE OF MOTION AND MOTION FOR RELIEF FROM JUDGMENT**<br><br>DATE: October 24, 2011<br>TIME : 9:30 A.M.<br>CTRM: 7 |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE that at 9:30 A.M. on October 24, 2011, or as soon thereafter as the matter may be heard in Courtroom 7 of United States District Court, Honorable Dolly M. Gee, United States District Judge, presiding, located at 312 N. Spring Street, Los Angeles, California 90012, Defendants Heal the World Foundation ("HTWF") and United Fleet will move, and do hereby move the Court

1

for relief from the Order granting Plaintiffs' Motion to Enforce Parties' Fully Executed Settlement Agreement dated June 27, 2011 and the Judgment dated June 27, 2011.

This motion is made on the following grounds:

1. Relief from Judgment should be granted under Rule 60(b)(2) of the Federal Rules of Civil Procedure because there is newly discovered evidence that Defendants' counsel, Mr. Pease, breached his duties of loyalty, confidentiality, and competence when he advised Ms. Johnson sign the settlement agreement;

2. Relief from Judgment should be granted under Rule 60(b)(4) of the Federal Rules of Civil Procedure because the Court lacked the jurisdiction to affirmatively bind Melissa Johnson to a permanent injunction and judgment when she was not served with process and not made a party to this case, thereby denying Ms. Johnson due process;

3. Alternatively, relief from Judgment should be granted under Rule 60(b)(6) of the Federal Rules of Civil Procedure because extraordinary circumstances exist from the reckless conduct of Defendants' counsel in inducing Ms. Johnson to sign the settlement agreement;

4. There was no undue delay in bringing this motion and Plaintiffs will not be unduly prejudiced if the court sets aside the Order; and,

5. The claims and/or defenses in this motion are meritorious.

This motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the declaration of Melissa Johnson, all of the pleadings, papers, and other records on file in this action, and whatever argument and evidence may be heard at any hearing on this motion.

PLEASE TAKE FURTHER NOTICE that, under Local Rule 7-9 of the United States District Court for the Central District of California, the parties opposing a motion shall not later than twenty-one (21) days before the date selected for the hearing on the motion, serve upon all other parties and file with the clerk of

the Court (1) the evidence upon which the opposing parties will rely in opposition and a brief but complete memorandum containing a statement of all reasons in opposition to said motion and the points and authorities upon which the opposing party will rely, or (2) a written statement that they will not oppose this motion.

    This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on September 7, 2011.

Dated: August 3, 2011                   Respectfully submitted,

/s/ Steven C. Smith
Steven C. Smith
SMITH CAMPBELL CLIFFORD KEARNEY GORE
1800 North Broadway, Suite 200
Santa Ana, CA 92706
(714) 550-7720

Counsel for Defendants

3

# PROOF OF SERVICE
### *Branca et al. vs. Heal the World Foundation, et al.*

I declare that I am employed in the City of Santa Ana, County of Orange, State of California. I am over the age of eighteen years and not a party to the within action; my business address is: 1800 North Broadway, Suite 200, Santa Ana, California 92706

On September 19, 2011, I served the foregoing document(s):

**NOTICE OF MOTION FOR RELIEF FROM JUDGMENT**

on all interested parties in this action by placing [ ] the original [X] a true copy thereof, enclosed in a sealed envelope with postage pre-paid, addressed as follows:

| | |
|---|---|
| Vincent H. Chieffo, State Bar No. 49069<br>Nina D. Boyajian, State Bar No. 246415<br>GREENBERG TRAURIG, LLP<br>2450 Colorado Avenue, Suite 400E<br>Santa Monica, CA 90404-5524<br>Phone: (310) 586-7700<br>Fax: (310) 586-7800<br>ChieffoV@gtlaw.com<br>BoyajianN@gtlaw.com | Attorneys for Plaintiffs John G. Branca and John McClain, Special Administrators of the Estate of Michael J. Jackson, Triumph International, Inc. |

[X]   **By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy of the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of the Court.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 19, 2011, at Santa Ana, California.

____Dolores Cerecedes____                    _____/s/_____
      (Print Name)                                              (Signature)